# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2404
_____

QUINTON EVANDER NELOMS,

Appellant,

v.

CORRISA LEMEISHA LECOUNTE,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jason L. Jones, Judge.

February 16, 2026

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Quinton Evander Neloms, Sr., pro se, Appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee.